## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

MAUREEN RATTRAY,

        Plaintiff,

vs.

WOODBURY COUNTY, IOWA,

        Defendant.

No. C07-4014-MWB

**ORDER**

The plaintiff has filed a motion (Doc. No. 49) to consolidate this case with two other cases currently pending in this court, to-wit: *Lambert v. Woodbury County*, Case No. C08-4008-MWB, and *Mathes v. Woodbury County*, Case No. C08-4032-MWB. The court held a hearing on the motion at which Jean Pendleton and Joan Fletcher appeared on behalf of the plaintiff, and Doug Phillips appeared on behalf of the defendant. The court has considered the parties' arguments, and **grants** the motion.

This case is **consolidated** for all purposes with C08-4008-MWB and C08-4032-MWB, with the present case being the lead case. The parties are directed to use the following case caption when making further filings in the consolidated case, and all filings should be docketed only in the lead case:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

MAUREEN RATTRAY, LISA LAMBERT, and LORI MATHES,

        Plaintiffs,

vs.

WOODBURY COUNTY, IOWA,

        Defendant.

**No. C07-4014-MWB**

(No. C08-4008-MWB)
(No. C07-4032-MWB)

———————————

The current scheduling order in the present case, including the trial date, is **stricken**. Initial disclosures in the consolidated case are due by **June 10, 2008**. The parties must submit a new proposed Scheduling Order and Discovery Plan in the consolidated case by **June 30, 2008**.

**IT IS SO ORDERED.**

**DATED** this 27th day of May, 2008.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT