# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-8011

_____

Maureen Rattray; Lisa Lambert; Lori Mathes,

Plaintiffs - Petitioners

v.

Woodbury County, IA; Glenn J. Parrett, Individually and as Sheriff of Woodbury County; Robert E. Aspleaf, individually and as Assistant Chief / Deputy of Woodbury County,

Defendants - Respondents

_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:07-cv-04014-MWB)

_____

**JUDGMENT**

The petition for interlocutory appeal has been considered by the court and is granted.

Judgment is entered in accordance with the court's order dated June 8, 2009.

Mandate shall issue forthwith.

June 09, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans