# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-2314

Maureen Rattray; Lisa Lambert; Lori Mathes,

Plaintiffs - Appellants

v.

Woodbury County, IA; Glenn J. Parrett, Individually and as Sheriff of Woodbury County; Robert E. Aspleaf, individually and as Assistant Chief / Deputy of Woodbury County,

Defendants - Appellees

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:07-cv-04014-MWB)

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 05, 2010

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans