UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MAUREEN RATTRAY, | ) |
| Plaintiff, | ) CASE NO. C07-4014MWB |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| WOODBURY COUNTY IOWA, | ) |
| Defendant, | ) |

DECISION BY THE COURT: This action came before the Court on Plaintiff's Motion for Partial Summary Judgment. The issue of liability has been decided and a decision has been rendered.

JURY VERDICT: This action came before the Court for a trial by jury on the issue of damages. The issue has been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Plaintiff, Maureen Rattray, shall be awarded two hundred fifty thousand dollars and no cents ($250,000.00) for past emotional distress.

IT IS FURTHER ORDERED AND ADJUDGED

Plaintiff, Maureen Rattray, shall be awarded five thousand five hundred dollars and no cents ($5,500.00) for future emotional distress.

IT IS FURTHER ORDERED AND ADJUDGED

Plaintiff, Maureen Rattray, shall be awarded three thousand one hundred fifty-five dollars and no cents ($3,155.00) for past medical expenses.

IT IS FURTHER ORDERED AND ADJUDGED

Plaintiff, Maureen Rattray, shall be awarded five hundred dollars ($500.00) for future medical expenses.

DATED: January 28, 2011

Robert L Phelps - Clerk
BY: s/kfs
Deputy Clerk

APPROVED AS TO FORM:

*Mark W. Bennett* (signature)

MARK W BENNETT
U.S. District Court Judge