IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAUREEN RATTRAY and LORI MATHES,<br><br>   Plaintiffs,<br><br>vs.<br><br>WOODBURY COUNTY, IOWA<br><br>   Defendant. | No. C07-4014-MWB<br>C08-4032-MWB<br><br>**ORDER** |

  Pursuant to an call from defense counsel on February 15, 2013, the above-captioned cause has reached a settlement.

  IT IS ORDERED:

  1. The Clerk is directed to close this case for statistical purposes.

  2. Closing documents to dismiss and close the case, pursuant to Federal Rule of Civil Procedure 41, shall be filed within forty-five (45) days from the date of this order. If the case has not been dismissed within forty-five (45) days, and/or counsel have not filed a written status report, this case shall be dismissed pursuant to Local Rule of Court 41.1.

  **IT IS SO ORDERED.**

  **DATED** this 15th day of February, 2013.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA