# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| MAUREEN RATTRAY and LORI MATHES, <br><br> Plaintiffs, <br><br> vs. <br><br> WOODBURY COUNTY, IOWA, <br><br> Defendant. | **NO. 5:07-cv-4014 MWB** <br><br> (No. C08-4008-MWB) <br><br> **JOINT STIPULATION FOR DISMISSAL** |

COME NOW the parties, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), and stipulate to Dismissal of this case, with prejudice; each party is paying their own costs and attorney fees.


Date: March 12, 2013 /s/ *Joan M. Fletcher*

Joan M. Fletcher
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309-3986
515-244-2600
515-246-4550
jfletcher@dickinsonlaw.com


Date: March 12, 2013 /s/ *David A. O'Brien*

David A. O'Brien
Willey, O'Brien, L.C.
3519 Center Point Road NE
Cedar Rapids, IA 52406-2008
319-390-5555
319-378-1413
dobrien@willeylaw.com

1

Date: March 12, 2013        /s/ *Jean Pendleton*

Jean Pendleton
Pendleton & Herbold, LLP
6750 Westown Pkwy, Suite 220
West Des Moines, IA  50266
515-222-9111
515-243-0299 facsimile
jpendleton@pendletonlawfirm.com


ATTORNEYS FOR PLAINTIFFS
MAUREEN RATTRAY and
LORI MATHES


Date: March 12, 2013

Douglas L. Phillips
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
712.252.1866 ext. 230
712.252.5822 facsimile
phillips@klasslaw.com
WWW.KLASSLAW.COM

ATTORNEYS FOR DEFENDANT

2